DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff,<br>vs.<br><br>ESPLANADE AT DAMONTE RANCH HOMEOWNERS' ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC a/k/a ANGIUS & TERRY COLLECTIONS, LLC; THUNDER PROPERTIES, INC.;<br><br>                    Defendants. | Case No.: 3:16-cv-00116-RCJ-VPC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff, Bank of America, N.A. (**BANA**), defendant Esplanade at Damonte Ranch Homeowners' Association (**Esplanade**), defendant ATC Assessment Collection Group, LLC a/k/a Angius & Terry Collections, LLC, and defendant Thunder Properties, Inc. respectfully submit the following stipulation to allow BANA ten additional days to reply to Esplanade's response to BANA's motion for summary judgment (Doc. No. 31.) and seven additional days to reply to Thunder's response to BANA's motion for summary judgment (Doc. No. 32.).

Esplanade filed its response on March 3, 2017.  (Doc No. 31.)  BANA's deadline to file its reply in response to Esplanade's response is March 17, 2017.  The parties stipulate to extending BANA's deadline by ten additional days, to March 27, 2017, to allow BANA additional time to prepare its reply.  This is BANA's first request for an extension of this deadline.

Thunder filed its response on March 6, 2017.  (Doc No. 32.)  BANA's deadline to file its reply in response to Thunder's response is March 20, 2017.  The parties stipulate to extending

{41190283;1}                                                             1

BANA's deadline by seven additional days, to March 27, 2017, to allow BANA additional time to prepare its reply. This is BANA's first request for an extension of this deadline.

DATED this March 17, 2017.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| /s/ Tenesa S. Scaturro<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Plaintiff Bank of America, N.A.* | /s/ Timothy E. Rhoda<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>8275 South Eastern Ave., Ste. 115<br>Las Vegas, Nevada 89123<br>*Attorneys for Defendant Thunder Properties, Inc.* |
| **ATC ASSESSMENT COLLECTION GROUP, LLC** | **ANGIUS & TERRY LLP** |
| /s/ Christopher V. Yergensen<br>CHRISTOPHER V. YERGENSEN, ESQ.<br>Nevada Bar No. 6183<br>6224 West Desert Inn Road<br>Las Vegas, Nevada 89146<br>*Attorneys for ATC Assessment Collection Group, LLC* | /s/ Michael W. McKelleb<br>MICHAEL W. MCKELLEB, ESQ.<br>Nevada Bar No. 12040<br>9468 Double R Boulevard, Suite A<br>Las Vegas, Nevada 89521<br>*Attorneys for Defendant Esplanade at Damonte Ranch Homeowners' Association* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 5, 2017.

{41190283;1}

2