DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 3:16-cv-00116-RCJ-VPC |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| ESPLANADE AT DAMONTE RANCH HOMEOWNERS ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC A/K/A ANGUIS & TERRY COLLECTIONS, LLC; THUNDER PROPERTIES, INC., | |
| Defendants. | |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Bank of America, N.A., hereby provides notice that Jared M. Sechrist is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

50796827;1

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and Nicholas E. Belay, Esq.

DATED this 13th day of November, 2019.

**AKERMAN LLP**

*/s/ Nicholas E. Belay*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*

### COURT APPROVAL

IT IS SO ORDERED. Date:

November 15, 2019.

_____
UNITED STATES DISTRICT JUDGE
Case No.: 3:16-cv-00116-RCJ-VPC

50796827;1